# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners who cannot afford to pay the filing fee when filing a new case OR a notice of appeal.*
*If you are a prisoner, you need a different form.]*

Shondra Rulli

*[Type or neatly print in ink your full name. If more than*
*one PLAINTIFF, each must file a separate form.]*

v.

St. Joseph County Et al.

*[Put the name of the first DEFENDANT on this line.]*

-FILED-

JAN 12 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number ___3:26cv30___

*[For a new case in this court, leave blank.*
*The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption.*
*Once you know your case number, it is VERY IMPORTANT that you include it on everything you send*
*to the court for this case. DO NOT send more than one copy of anything to the court.]*

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Are you employed? ⊘ No.

   ◯ Yes, my gross earnings (before deductions for taxes, etc.) are: $ _____ per month.

2. Are you married? ⊘ No.

   ◯ Yes, spouse's gross earnings (before deductions for taxes, etc.) are: $ _____ per month.

3. Have you (and spouse if married) received money from any other source in the past 12

   months? ◯ No.

| ⊘ Yes.      From where? | How often? | How much? |
|---|---|---|
| Financial Aid | annual | 8,000 |
| Child Support | biweekly | 298.00 |
| | | |
| | | |
| | | |

4. If you have no income listed above, explain how you (and spouse, if married) obtain food,

   clothing, shelter, and other necessities of basic living. _____

   _____

   _____

   _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

5. How much money do you (and spouse, if married) have? $ __80.00__ .
   [*Include cash on hand and deposits in accounts.*]

6. What is the value of your (and spouse, if married) real estate, cars, jewelry, stocks, bonds, and
   other valuable property or investments? $ __0__ .

7. How many children under 18 years of age do you (and spouse, if married) support: __6__ .
   [*Include children who live in your household or for whom you pay child support.*]

8. List any adult you support:

| What is your relationship to this adult? | Age? | How Much Support? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9. Please provide any other information that should be considered in evaluating your motion.
This lawsuit should indicate why I'm poor.

State actors abuse of power not only subjected me and my 6 kids to poverty, but fraudulently represented the state in child support hearings.

had state actors acted ethically, I could afford childcare and be working full-time. And have one less filing for the district

court clerks to manage. Thank your local "good ole boy system."

I'll probably be back later this year to file bankruptcy.

_____

_____

_____

_____

_____

_____

I am not a prisoner. I cannot pay the full filing fees and costs of this civil lawsuit or give security
because of my poverty. I believe that my claims have merit. I ask the court to allow me to proceed
without pre-payment of court fees and costs. I declare under penalty of perjury that all of my
statements in this motion are true.

_____          __1/12/26__
Signature                                                                              Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]