UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHONDRA RULLI,

     Plaintiff,

       v.                                                         CAUSE NO. 3:26-CV-00030-CCB-SJF

ST. JOSEPH COUNTY INDIANA, et al.,

     Defendants.

## ORDER

Shondra Rulli, without a lawyer, signed and filed her original Complaint (ECF 1) along with a Motion to Proceed *In Forma Pauperis* (ECF 2) on January 12, 2026. Before the Court could rule on Ms. Rulli's *in forma pauperis* motion, she filed an unsigned Amended Complaint (ECF 3) and an unsigned Motion to Consolidate and Stay Related Actions (ECF 4) on January 20, 2026.

Federal Rule of Civil Procedure 11(a) requires all filings be signed and "[t]he court must strike an unsigned paper unless the omission is promptly corrected[.]" As outlined below, the Court now gives Ms. Rulli the opportunity to promptly correct the omission of her signature on the Amended Complaint and Motion to Consolidate and Stay. If Ms. Rulli timely corrects the unsigned Amended Complaint, the Amended Complaint will supersede the original Complaint as the operative complaint. *See Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008). Therefore, the Court will rule on the other pending motions (ECF 2, 4) after the operative complaint is determined.

For these reasons, the Court:

(1) **DIRECTS** the Clerk to send Shondra Rulli a copy of the Amended Complaint (ECF 3) and the Motion to Consolidate and Stay Related Actions (ECF 4);

(2) **GRANTS** Shondra Rulli until **May 20, 2026**, to file a signed Amended Complaint and Motion to Consolidate and Stay Related Actions; and

(3) **DIRECTS** the Clerk to send a copy of this order to Shondra Rulli at her home address, 19530 Paxson Dr N, South Bend IN 46637.

SO ORDERED on April 20, 2026.

    /s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2