# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA

FILED – AUG 03, 2026 – AM09:16
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta – Clerk

**SOUTH BEND DIVISION**

Case No: 3:26-CV-00030

---

SHONDRA RULLI,

Plaintiff,

v.

ST. JOSEPH COUNTY, INDIANA et al

---

## NOTICE OF CONTINUED HARM AND ADDITIONAL CASE INFORMATION

**Factual Allegations**

1. On May 5, 2023, Plaintiff was informed by Andrew Ward that Peter Hoffman had died. Plaintiff was not notified of any funeral services and has been unable to locate an obituary or official death record for Mr. Hoffman.
2. On or about May 11, 2023, Andrew Ward filed a petition in St. Joseph County seeking to establish paternity and custody.
3. Between May 2023 and February 2024, plaintiff believes Aric Rutkowski misrepresented the documentation she was forcefully made to sign during a hearing. One document was consent for mediation, and the other, which she asked to review before signing, she believes was a marriage certificate.
4. Plaintiff alleges that after these events, she was unable to obtain legal representation because she believes members of the St. Joseph County legal community refused to represent her. Plaintiff alleges this occurred because false and defamatory information about her had been disseminated among attorneys and public officials.
5. Plaintiff alleges that Officer Ken Stuart of the South Bend Police Department knowingly made false statements about Plaintiff, disseminated those statements within the South Bend Police Department and the St. Joseph County Police Department, and provided false information to Deputy Prosecutor Christopher Collins.
6. Plaintiff further alleges that Deputy Prosecutor Christopher Collins relied upon and repeated those alleged false statements to other members of the legal community and local government, resulting in damage to Plaintiff's reputation and interfering with her ability to obtain legal representation.
7. On 6/27/24 Rachel Luken emailed her GAL report to plaintiff. Although the contents in the report were accurate, the caption was completely inaccurate and was not submitted to the court on the record.
8. On 7/19/26 Plaintiff contacted the St. Joseph County court clerk seeking a copy of Peter Hoffman's will. Following that request, Plaintiff alleges she was subjected to increased police scrutiny, surveillance, and harassment in retaliation for attempting to obtain probate records. The court clerk stated there was no probate case for Mr Hoffman.
9. Plaintiff filed a Notice of Removal relating to the custody proceedings. Plaintiff alleges that, following the filing of the Notice of Removal, Referee Marybeth Bonaventura retaliated against Plaintiff by issuing adverse rulings without providing an adequate factual or legal explanation. Placing three toddlers in immediate danger.
10. Plaintiff alleges that in or around October 2025, law enforcement officers were instructed not to respond to emergency calls from Plaintiff's residence or to prepare police reports concerning incidents involving Andrew Ward, despite Plaintiff's reports of prior domestic violence and strangulation.
11. Plaintiff alleges that in March 2026, while Plaintiff was away from her residence, Andrew Ward entered the home without permission and removed personal property. Notice to the state court was submitted.
12. Plaintiff further alleges that in February 2026 Referee Marybeth Bonaventura entered orders requiring supervised parenting time. Plaintiff alleges these orders were entered without explanation or application of the law.
13. **Plaintiff believes that these individuals have created a death trap that could be defended with plausible deniability. Plaintiff believes that Mr. Ward intended to enter plaintiff's home while she was at Families First and poison food/drink. Part of the character assassination being spread by these individuals are that plaintiff is a**

drug addict— **Plaintiff has <u>never used fentanyl or opiates</u> and has been sober including alcohol since September 2020.** Mr. Ward, however, is an active fentanyl user. This information can be supported by his most recent probation records. Please notice, Mr. Ward did not stop using fentanyl, instead, Mr. Collin's instructed his probation officer to stop drug testing him.

14. Plaintiff believes that the death of Peter Hoffman was not natural.

15. The current GAL, Tasha Reed-Outlaw has continued to encourage plaintiff to walk into this death trap. Ms Reed's last communication came within an hour of plaintiff, attempting to post on social media.

16. Law-enforcement/Andrew Ward has hacked plaintiffs home WiFi network, disabled security camera, and cloned her cell phone— giving these individuals full access and monitoring all communication and GPS tracking 24hrs/ day.

17. During the hearing in May 2026, Andrew Ward insisted plaintiff have a psychological evaluation. This evaluation was not written in the order following the hearing. However, THE SAME DAY plaintiff magically received a phone call from a local psychologist, Dr King. Plaintiff had requested her own autism assessment 8mo prior, which was completely unrelated to court and at the time had legal and physical custody of children. Ms King was especially eager to focus on Court related matters.

18. **Plaintiff believes these state actors used her 3 toddlers as bait by placing them with a 75yr old predator as one last attempt to psychologically break her— to then obtain a fraudulent POA, and continue to steal from her and her six children.**

19. **Plaintiff's three children from previous marriage have been devastated by the shocking removal of their younger siblings. Plaintiff has not seen her three toddlers since February.**

20. Marybeth Bonaventura has repeatedly retaliated against plaintiff and pushed hearing dates further back when she files to the court.

21. **Plaintiff has refused to participate in this fraudulent circus and has continued to ask for the children to be returned back to safety. She has also offered to give all of these greedy thieving criminals the money— <u>just return the children!!!!</u>**

Respectfully submitted,

*Shondra Rulli*

Shondra Rulli

8-3-2026