UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SHONDRA RULLI,

    Plaintiff,

      v.                              Case No. 3:26-CV-00030-CCB-SJF

ST. JOSEPH COUNTY ET. AL.,

    Defendants.

## ORDER

Shondra Rulli, without a lawyer, filed an amended complaint on May 12, 2026, but did not provide the names and addresses of all of the defendants. (ECF 9). Under N.D. Ind. L.R. 7-6, the court requires plaintiffs to use the **(INND Rev. 4/24) Civil Complaint** form which is available on the website for the District Court for the Northern District of Indiana.[1] Ms. Rulli is **ORDERED** to complete the form with the names and addresses of all defendants, and to refile her amended complaint attached to the completed form.

Accordingly, the Court **GRANTS** Shondra Rulli until **August 31, 2026**, to refile her amended complaint and the completed form.

SO ORDERED on August 6, 2026

                                  s/ *Cristal C. Brisco*
                                  CRISTAL C. BRISCO, JUDGE
                                  UNITED STATES DISTRICT COURT

---

[1] https://www.innd.uscourts.gov/sites/innd/files/CvCmplt.pdf