# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

South Bend Division

Shondra Rulli

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

St Joseph County ET, Al

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:26-CV-00030

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

FILED - AUG 21, 2026 - AM11:17
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shondra Rulli |
| Street Address | 19530 Paxson Dr. N |
| City and County | South Bend, |
| State and Zip Code | IN 46637 |
| Telephone Number | |
| E-mail Address | Shondrarulli@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | St. Joseph County |
| Job or Title *(if known)* | 227 W. Jefferson BlVD |
| Street Address | South Bend, IN 46601 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | SBPD |
| Job or Title *(if known)* | 701 W Sample St. |
| Street Address | South Bend, IN 46601 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Tasha Reed. Outlaw |
| Job or Title *(if known)* | 803 N Notre Dame Ave |
| Street Address | South Bend, IN 46617 |
| City and County | |
| State and Zip Code | |
| Telephone Number | 574.400.5297 |
| E-mail Address *(if known)* | trolawoffice@gmail.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 1

| | |
|---|---|
| Name | Marvin Ward |
| Job or Title *(if known)* | 30402 Jaxson Dr. |
| Street Address | Elkhart, IN 46517 |
| City and County | |
| State and Zip Code | |
| Telephone Number | 574.210.9944 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Andrew Ward |
| Job or Title *(if known)* | |
| Street Address | 51 Arlington St. |
| City and County | Osceola, IN |
| State and Zip Code | IN 46561 |
| Telephone Number | |
| E-mail Address *(if known)* | 574.395.2101 |

Defendant No. 3

| | |
|---|---|
| Name | Ken Stuart |
| Job or Title *(if known)* | 701 W. Sample St. |
| Street Address | South Bend, IN 46601 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Geoffrey Blazi |
| Job or Title *(if known)* | 1251 N Eddy St. #200 |
| Street Address | South Bend, IN 46617 |
| City and County | |
| State and Zip Code | |
| Telephone Number | 574.309.3271 |
| E-mail Address *(if known)* | gblazi@blazilaw.com |

Defendant No. 1

| | |
|---|---|
| Name | Aric Ratkowski |
| Job or Title *(if known)* | Attorney |
| Street Address | 926 E. Wayne St. |
| City and County | South Bend, IN 46617 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Christopher Collins |
| Job or Title *(if known)* | 227 W. Jefferson Blvd #10 |
| Street Address | South Bend IN 46601 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Rachel Luken |
| Job or Title *(if known)* | 1000 S. Michigan St. |
| Street Address | South Bend, IN 46601 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Mary-Beth Bonaventura |
| Job or Title *(if known)* | 1000 S. Michigan St. |
| Street Address | South Bend, IN 46601 |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

[illegible signature]
8-21-26