UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

FILED - AUG 21, 2026 - AM11:18
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

SHONDRA RULLI

Plaintiff,

Case No. 3:26-CV-00030

v.

ST. JOSEPH COUNTY ET. AL.,

Defendants.

DECLARATION OF TRUTH

1. Marvin Ward sexually abused his son's, Andrew Ward & John Ward.
2. John Ward sexually abused/abuses his grandson, C. Ward.
3. SBPD officer, Ken Stuart is the son-in-law of Marvin Ward. His oldest daughter has special needs and was sexually abused as a toddler by Andrew Ward and/or Marvin Ward.
4. Andrew Ward sexually abused Plaintiff's non-verbal son in 2021-2022.
5. John Ward's grandson, C. Ward (8) instructed Plaintiff's 4 & 6yr old to kiss each other. At just 8yrs old, C. Ward was watching porn and using tinder.
6. Andrew Ward allows his father, Marvin Ward to sexually abuse daughter, S. Ward (5) in exchange for full financial support (all living expenses House, utilities, insurance, vehicle, heavy equipment, land, and all expenses for children)
7. Plaintiff's daughter has suffered chronic UTI's, constipation, night terrors, and back pain since 2024. Child was fully potty trained but after unsupervised visitation began, she started wetting bed, peeing more than 20x day, and would only wear pants in the middle of summer. S. Ward's sexual abuse began at 2.5yrs old.
8. Statements of sexual abuse were made under oath by Plaintiff in litigation.
9. Aric Rutkowski and MaryBeth BonaVentura both dismissed.

10. These facts were disclosed to Tasha Reed-Outlaw relentlessly. She **refused to investigate** and instead mocked Plaintiff and stated in testimony that *Plaintiff needs therapy.*
11. The defendants association-in-fact enterprise are members of **Freemason's/Eastern Stars. Defendants knowingly participated in child trafficking and fraud.**
12. The defendants in this case have all been made aware of these facts and consciously chose to protect **pedophiles, enable the abuse, and sever the children's attachment to their mother.**
13. The plaintiff explained the depths of **Marvin Ward's incest cult in detail to** Geoffry Blazi, who angrily shouted, "I know what kinds of people they are."
14. During plaintiff's interview with GAL, Rachel Luken, she explained the dark forces that possess the Ward cult, she agreed and noted that a bailiff specifically mentioned John Ward being "not right," after one hearing concluded.
15. Dan Rulli, captain at Mishawaka Fire Dept is aware of the sexual and physical abuse on children, and despite being a mandatory reported, has never reported. Dan Rulli, ex husband of Plaintiff was anticipating a payout from the planned unaliving or institutionalization of Plaintiff.
16. Kara Graham, Plantiff's mother, is also a mandatory reporter and has failed to report the abuse on children. Kara Graham also agreed to a financial arrangement upon Plantiff's death or institutionalization.

I Shondra Rulli, am of sound mind. Primary caregiver to children G. Rulli, L. Rulli, and R. Rulli. I have not willfully consented to any marriage to Andrew Ward, Power of Attorney, or life insurance policy.

I declare under penalty of perjury that the information stated is true and correct.

Shondra Rulli

Shondra Rulli

8-21-26