UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

SHONDRA RULLI

Plaintiff,

Case No. 3:26-CV-00030

v.

-FILED-

OCT 09 2026

At ____________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ST. JOSEPH COUNTY ET. AL.,

MOTION TO CHANGE VENUE

Respectfully requesting the court move this case to a more appropriate venue, free from conflicts of interest--where the matter can be handled in a timely manner and prevent further harm.

Labeling a woman as “crazy” to deflect from homicide, fraud, money laundering, tax evasion, and child trafficking is the oldest trick in the book. If seeing through lies, manipulation, illusions, and delusions is considered crazy--then yes, I'm insane.

Police and prosecutors are loud and proud when it comes to bullying and intimidating a single woman who minds their own business and barely leaves their house, but when needing to confront an incest cult of homicidal pedophiles, they suddenly become quiet and timid.

Tasha and Mary-Beth knowingly believing lies and adopting a false narrative because they lack the maturity to handle the truth. Afraid of backlash from Marvin and Andrew so they throw a 3, 4, 5yr old to the wolves so adults can avoid feelings of discomfort. Flexing that power and authority when it comes to stealing my inheritance, but when it comes to protecting vulnerable children, suddenly that power disappears.

Authority figures pouring energy and effort into years of gossip and slander fueling chaos and drama, but when it comes time for accountability and finding logical solutions, it’s delay after delay paired with distractions. Rather than confronting the giant mess of their own making,

they focus time and effort into minimizing the harm they've caused and instead plot and plan ways to frame me.

The local statistics regarding crime, poverty, child abuse, and DV directly correlates to the spineless leadership of St. Joseph County. Being rejected by this community is an absolute honor.

-The truth sounds crazy in a community built on lies.

Respectfully submitted,

Shondra Rulli

Shondra Rulli

10-9-26